# UNITED STATES DISTRICT COURT
## District of Hawaii

786829

| | |
|---|---|
| UNITED STATES OF AMERICA | WARRANT FOR ARREST |
| V. | Case Number: CR 03-00490 SOM 01 |
| JOHN HATA II | |
| (Name and Address of Defendant) | |

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

OCT 10 2007

at __ o'clock and __ min __ M.
SUE BEITIA, CLERK

To: The United States Marshal and any Authorized United States Officer

**YOU ARE HEREBY COMMANDED TO ARREST JOHN HATA II** and bring him or her forthwith to the nearest district/ magistrate judge to answer a Probation/Supervised Release Violation Petition , charging him or her with (brief description of offense)

Order To Show Cause Why Supervision Should Not be Revoked

RECEIVED
2007 APR 20 PM 1:55
U.S. MARSHALS SERVICE
HONOLULU, HI.

in violation of Title   United States Code, Section(s) .

| | |
|---|---|
| Sue Beitia | Clerk U.S. District Court |
| Name and Title of Issuing Officer | Title of Issuing Officer |
| Signature of Issuing Officer/Deputy Clerk | APRIL 20, 2007 at Honolulu, Hawaii |
| | Date and Location |

Bail Fixed at   **NO BAIL**     By: Susan Oki Mollway, United States District Judge

---

RETURN

This warrant was received and executed with the arrest of the above-named defendant at Honolulu, Hawaii

| Date Received 4/20/07 | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| Date of Arrest 10/05/07 | Arthur Oh / OUSM | |